COLUMBIA GAS OF NEW YORK, INC., Respondent, v. NEW YORK STATE ELECTRIC AND GAS CORPORATION, Appellant.— GREENBLOTT, J.

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur in memorandum by Greenblott, J.